UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RACHEL HAVENS, et al.,

Plaintiffs,

v.

VEOLIA WATER WEST OPERATING SERVICES, INC., et al.

Defendants.

Case No.: 25-cv-1259-JES-VET

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE HEARING DATE**

**[ECF No. 20]**

Before the Court is the Parties' joint motion to consolidate the hearing date on Plaintiffs' motion to remand. ECF No. 20. Defendants removed this case on May 15, 2025 (ECF No. 1), and Plaintiffs filed a motion to remand on June 16, 2025. ECF No. 19. A hearing is currently set for the motion to remand for July 23, 2025. Coronado Unified School District ("CUSD") filed a similar lawsuit against the same Defendants in state court. That case was similarly removed by Defendants on June 12, 2025, and CUSD similarly filed a motion to remand on June 30, 2025. *See Coronado Unified School District v. Veolia Water West Operating Services, Inc., et al.*, Case No. 25-cv-0513-JES-VET, ECF Nos. 1, 18. A hearing on the CUSD motion to remand is set for August 13, 2025. The parties now jointly move for the Court to consolidate the hearing on both pending motions for remand for August 13, 2025, because the motions raise similar legal issues. ECF No. 20 at 3.

Good cause appearing, the Court **GRANTS** the joint motion. The motion hearing currently set for July 23, 2025 is hereby **VACATED**. The hearing is **RESET** for **August 13, 2025** at **11:00 a.m.**, and will be consolidated with the motion to remand hearing for the CUSD motion.

**IT IS SO ORDERED.**

Dated: July 9, 2025

Honorable James E. Simmons Jr.
United States District Judge